JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile:  (415) 436-6753
    E-Mail:     Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    - v. - ) <br> ) <br> HIEU NGUYEN, ) <br> ) <br>    Defendant. ) <br>  _____ ) | No: CR-09-0347 MHP <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

To:    The Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for HIEU NGUYEN, (DOB: October 2, 1987, Jail Number: 02383254 presently housed at San Francisco County Jail) charged in an indictment CR 09-0347 MHP, with the following: (1) unlawfully, intentionally and knowingly possessing with intent to distribute a controlled substance, namely, mixtures and substances containing ecstasy and marijuana in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and (D); (2) during and in relation to the drug trafficking crimes described above, unlawfully, willfully and knowingly, using and carrying a firearm, and in furtherance of such crime possessing a firearm,

WRIT AD PROSEQUENDUM

1  in violation of Title 18, United States Code, Section 924(c)(1)(A)(1); and (3) being a felon in
2  possession of a firearm.
3  Dated: April 6, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


    /s *Christine Y. Wong*
CHRISTINE Y. WONG
Assistant United States Attorney

12    For the reasons set forth above, it is ordered that the Writ of Habeas Corpus Ad
13  Prosequendum requested for HIEU NGUYEN shall be issued.

15  Dated: April 6th, 2009

                    HON. BERNARD ZIMMERMAN
                    United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*

WRIT AD PROSEQUENDUM

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: SHERIFF, SAN FRANCISCO COUNTY JAIL, and/or any of his authorized deputies or officers

and

SPECIAL AGENTS OF IMMIGRATION AND CUSTOMS ENFORCEMENT

**GREETINGS**

The prisoner **HIEU NGUYEN**, Date of Birth: October 2, 1987, Jail Number: 02383254, is now in custody in San Francisco County Jail.  He is required to appear on criminal charges now pending against him before the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly:

WE COMMAND that you produce the prisoner to this Court forthwith by producing him to the custody of the Special Agents of Immigration and Customs Enforcement referenced above, who shall bring the prisoner before the Magistrate Judge who is on duty when the prisoner is produced.  Thereafter, the prisoner shall be produced at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, the prisoner shall be returned to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WITNESS Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  April 6, 2009

CLERK OF THE COURT,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:  _Rose Maher_____
DEPUTY CLERK, Rose Maher

WRIT AD PROSEQUENDUM