JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-0347 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| HIEU NGUYEN, | |
| Defendant. | |

    On April 13, 2009, defendant Hieu Nguyen, appeared with his counsel, Rita Bosworth, Esq., before the Honorable Marilyn H. Patel for a status conference.  The next status conference before the Court is scheduled for May 18, 2009, at 10 a.m.  With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from April 13, 2009 through May 18, 2009.  The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    On April 13, 2009, defendant Hieu Nguyen, appeared with his counsel, Rita

Bosworth, Esq., before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court is scheduled for May 18, 2009, at 10 a.m. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from April 13, 2009 to May 18, 2009, to allow counsel to review discovery, which would ensure the effective preparation of counsel.

    2.    Accordingly, the Court finds that the ends of justice served by excluding the period from April 13, 2009 to May 18, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: April 14, 2009      /s/
RITA BOSWORTH, ESQ.
Attorney for HIEU NGUYEN

DATED: April 14, 2009      /s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 15, 2009



IT IS SO ORDERED
Judge Marilyn H. Patel