PAUL N. PURI [SBN 225741]
Paul Puri & Associates
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 295-4799
Facsimile: (415) 295-4798
E-mail attorney@paulpuri.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>　HIEU NGUYEN,<br><br>　　　　Defendant. | CASE NO. 3:09-CR-00347~~345~~-MHP<br><br>STIPULATION TO CONTINUE STATUS HEARING AND ~~PROPOSED~~ ORDER |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, Christine Wong, Assistant United States Attorney for Plaintiff, and Paul N. Puri,

Attorney for Defendant HIEU NGUYEN, that the Status Conference set for May 18, 2009, at

10:00 a.m.
~~9:00 a.m.~~, may be continued to **June 22, 2009,** at ~~**9:00 a.m.**~~

　　　This stipulation is entered into at the request of the defendant as his counsel will be

unavailable on the date presently set for Status Conference and to allow the parties to

continue to pursue and discuss plea negotiations.

1

The parties further stipulate that the time from May 18, 2009 to June 22, 2009 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) in order to allow the defense to review the initial discovery and for preparation of defendant's case.

DATE: May 12, 2009			By	/s/ Christine Wong
						CHRISTINE WONG
						Assistant U.S. Attorney


DATE: May 12, 2009			By	/s/ Paul N. Puri
						PAUL N. PURI
						Attorney for HIEU NGUYEN

**ORDER**

IT IS HEREBY ORDERED that the status conference presently set for May 12, 2009, at
10:00 a.m.
9:00 a.m., is continued until **June 22, 2009**, at ~~**9:00 a.m.**~~

DATED: __5/15/2009_____



3