PAUL N. PURI [SBN 225741]
Paul Puri & Associates
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 295-4799
Facsimile: (415) 295-4798
E-mail attorney@paulpuri.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HIEU NGUYEN, Defendant. | CASE NO. 3:09-CR-00347-MHP STIPULATION TO CONTINUE STATUS HEARING AND ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christine Wong, Assistant United States Attorney for Plaintiff, and Paul N. Puri, Attorney for Defendant HIEU NGUYEN, that the Status Conference set for July 27, 2009, at 9:00 a.m., may be continued to **August 17, 2009,** at ~~9:00 a.m.~~ 10:00

This stipulation is entered into at the request of the defendant as his counsel will be unavailable on the date presently set for Status Conference due to unexpected appearance required at Alameda County Superior Court, Civil Division at the same time as our current date.

1

The parties further stipulate that the time from July 27, 2009 to August 17, 2009 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) in order to allow the defense to review the initial discovery and for preparation of defendant's case.

DATE: July 23, 2009          By     /s/ Christine Wong
                                    CHRISTINE WONG
                                    Assistant U.S. Attorney


DATE: July 23, 2009          By     /s/ Paul N. Puri
                                    PAUL N. PURI
                                    Attorney for HIEU NGUYEN

**ORDER**

IT IS HEREBY ORDERED that the status conference presently set for July 27, 2009, at 9:00 a.m., is continued until **August 17, 2009**, at ~~9:00 a.m.~~ 10:00

DATED: _7/24/2009_____



_____
U.S. District

IT IS SO ORDERED
Judge Marilyn H. Patel