JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-0347 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE FOR MOTION TO SUPPRESS |
| HIEU NGUYEN, | |
| Defendant. | Date: January 13, 2009<br>Time: 9:30 a.m.<br>Judge: The Honorable Marilyn H. Patel |

      The hearing for the motion to suppress in the above-referenced matter is currently scheduled for November 30, 2009. The Government anticipates calling two witnesses at the hearing, specifically, the officers who conducted the traffic enforcement stop of the defendant on August 31, 2008. One of the officers will not be available to testify on November 30, 2009. Thus, the parties jointly request that the current hearing date be vacated and that the hearing date be scheduled for January 13, 2010, 9:30 a.m.

//

STIPULATION AND [PROPOSED] ORDER

1  STIPULATED:
2
3  DATED: November 9, 2009            /s/
                                      PAUL PURI, ESQ.
4                                     Attorney for HIEU NGUYEN
5
6  DATED: November 12, 2009           /s/
                                      CHRISTINE Y. WONG
7                                     Assistant United States Attorney
8
9  IT IS SO ORDERED.
10
11
12 DATED: November 17, 2009
                                      HON. MA_____
                                      United St_____
13
                                      IT IS SO ORDERED
                                      [signature]
                                      Judge Marilyn H. Patel
                                      UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
                    -2-