1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7301
7      Facsimile: (415) 436-6753
       E-Mail:    Christine.Wong@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA          )   No. 09-0347 MHP
                                      )
15                                    )
        v.                            )
16                                    )   STIPULATION AND [PROPOSED]
                                      )   ORDER RE: HEARING DATE FOR
17  HIEU NGUYEN,                      )   MOTION TO SUPPRESS
                                      )
18       Defendant.                   )   Date:  February 9, 2010
                                      )   Time:  2:30 p.m.
19  _____    )   Judge: The Honorable Marilyn H. Patel

20

21

22      The hearing for the motion to suppress in the above-referenced matter is currently

23  scheduled for January 13, 2010.  The Government anticipates calling two witnesses at the

24  hearing, specifically, the officers who conducted the traffic enforcement stop of the defendant on

25  August 31, 2008.  Due to an unexpected and previously unscheduled personal conflict, one of the

26  officers will not be available to testify on January 13, 2010.  Thus, the parties jointly request that

27  the current hearing date be vacated and that the hearing date be scheduled for February 9, 2010,

28  2:30 p.m.

STIPULATION AND [PROPOSED] ORDER

1  STIPULATED:

3  DATED: January 8, 2010                /s/
                                          PAUL PURI, ESQ.
4                                         Attorney for HIEU NGUYEN

6  DATED: January 8, 2010                /s/
                                          CHRISTINE Y. WONG
7                                         Assistant United States Attorney

9  IT IS SO ORDERED.

12 DATED: January  8 , 2010              _____
                                          IT IS SO ORDERED
                                          Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER

-2-