JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:   Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-0347 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| HIEU NGUYEN, | |
| Defendant. | |

On March 1, 2010, defendant Hieu Nguyen, appeared with his counsel, Paul Puri, Esq., before the Honorable Marilyn H. Patel for a hearing on the defendant's motion to suppress. The Court set a trial date of May 4, 2010. The pre-trial conference before the Court is scheduled for April 21, 2010, at 2:30 p.m. The Court finds that the ends of justice served by excluding the period from March 1, 2010, to April 21, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B). With the agreement of the

1  parties and with the consent of the defendant, the Court enters this order confirming the
2  exclusion of time under the Speedy Trial Act from March 1, 2010 through April 21, 2010.
3  STIPULATED:
4
5  DATED: March 18, 2010                /s/
                                        _____
6                                       PAUL PURI, ESQ.
                                        Attorney for HIEU NGUYEN
7
8  DATED: March 18, 2010                /s/
                                        _____
9                                       CHRISTINE Y. WONG
                                        Assistant United States Attorney
10
11
12  IT IS SO ORDERED.
13
14  DATED: March 18, 2010
                                        _____
15                                      HON.
                                        United
16
                                        *IT IS SO ORDERED*
                                        *Judge Marilyn H. Patel*