UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 09-0347 MHP |
| ) | |
| Plaintiff, ) | [PROPOSED] **PRELIMINARY** |
| ) | **ORDER OF FORFEITURE** |
| v. ) | |
| ) | |
| HIEU NGUYEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on April 21, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

    IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    1.  one .9mm caliber Llama pistol, bearing an obliterated serial number[1],

pursuant to Title 18, United States Code, Sections 924(d)(1).

    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property  must file a petition

---

[1] One Llama .9mm Magazine and Win .9mm luger cartridges (8 rounds) are also subject to forfeiture as they were contained within the Firearm.

1  with the Court and serve a copy on government counsel within thirty (30) days of the final
2  publication of notice or of receipt of actual notice, whichever is earlier.
3      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
4  Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the
5  time of his sentencing on July 12, 2010 and as such, was made part of the sentence and included
6  in the judgment dated July 16, 2010.
7      IT IS SO ORDERED this  23rd  day of  August    2010.



MARILYN H. PATEL
United States District Judge