UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HIEU NGUYEN,<br><br>　　　　　Defendant(s). | Case No.  CR 09-0347 MHP<br><br>[**PROPOSED**] FINAL ORDER OF FORFEITURE |

On August 23, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, one .9mm caliber Llama pistol, bearing an obliterated serial number[1], pursuant to Title 18, United States Code, Section 924(d)(1).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:   11/17/2010

_____
MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED

---

[1] One Llama .9mm Magazine and Win .9mm luger cartridges (8 rounds) are also subject to forfeiture as they were contained within the Firearm.